**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Kjell and Jennifer Anderson v. Andrea Monico Hernandez

Appellate case number:    01-21-00490-CV

Trial court case number:  2020-33707

Trial court:              247th District Court of Harris County

Appellants' brief was filed on March 25, 2022. Rule 38.1 requires the statement of facts and argument sections of a brief to include citations to the record. *See* TEX. R. APP. P. 38.1(g),(i). Appellants' brief does not comply with Rule 38.1in that neither the statement of facts nor the argument portions contain citations to the record. *See* TEX. R. APP. P. 38.1(g),(i).

Accordingly, the appellants' brief filed on March 25, 2022 is **stricken** and a corrected brief in compliance with the requirements of Rule 38.1 is ordered to be filed **within 20 days of the date of this order**.

It is so ORDERED.

Judge's signature: ____/s/ Peter Kelly_____
            ☑ Acting individually    ☐ Acting for the Court

Date: ___March 31, 2022_____